UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELESTIN GLENN TAPPIN, JR.,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN FRAZIER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00570-ART-CSD<br><br>**Order Denying Application to Proceed *In Forma Pauperis***<br><br>**(ECF No. 1)** |

　　　　Celestin Glenn Tappin, Jr. has submitted a *pro se* 28 U.S.C. § 2254 habeas petition and an application to proceed *in forma pauperis*. Based on the current information about petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

　　　　**IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is **DENIED**. Petitioner has 30 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.

　　　　**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action. The Clerk of Court is directed to RETAIN the petition but not file it at this time.

　　　　DATED THIS 9th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne R. Traum*
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1