UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr.,<br><br>    Petitioner<br><br>v.<br><br>Warden Frazier, *et al.*,<br><br>    Respondents | Case No.: 3:22-cv-00570-ART-CSD<br><br>Order Granting Extension of Time to File Amended Petition to February 16, 2024<br>(ECF No. 13) |

Petitioner Celestin Glenn Tappin, Jr., through counsel the Federal Public Defender, seeks an extension of time to file a first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 13.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 13) is GRANTED** *nunc pro tunc.* **The deadline to file the amended petition is extended to February 16, 2024.**

DATED THIS 26th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE