UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr., | Case No.: 3:22-cv-00570-ART-CSD |
| Petitioner | Order Granting Extension of Time to File Amended Petition to |
| v. | April 16, 2024 |
| Warden Frazier, *et al.*, | (ECF No. 16) |
| Respondents | |

Petitioner Celestin Glenn Tappin, Jr., through counsel the Federal Public Defender, seeks an extension of time to file a first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 16.) Good cause appearing,

It is ordered that Petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 16) is GRANTED *nunc pro tunc*. The deadline to file the amended petition is extended to April 16, 2024.

Dated this 20th day of February 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE