UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELESTIN GLENN TAPPIN, JR., | Case No.: 3:22-cv-00570-ART-CSD |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION TO MAY 31, 2024 |
| v. | |
| WARDEN FRAZIER, *et al.*, | (ECF No. 19) |
| Respondents. | |

Petitioner Celestin Glenn Tappin, Jr., through counsel the Federal Public Defender, seeks an extension of time to file a first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 19.) Good cause appearing,

It is ordered that Petitioner's unopposed third motion for extension of time to file an amended petition (ECF No. 19) is GRANTED *nunc pro tunc*. The deadline to file the amended petition is extended to May 31, 2024.

Dated this 24th day of April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE