UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr.,<br><br>    Petitioner<br><br>v.<br><br>Warden Frazier, *et al.*,<br><br>    Respondents | Case No.: 3:22-cv-00570-ART-CSD<br><br>Order Granting Extension of Time to Oppose Motion to Dismiss to December 10, 2024<br><br>(ECF No. 28) |

Petitioner Celestin Glenn Tappin, Jr., through counsel the Federal Public Defender, seeks an extension of time to file an opposition to Respondents' motion to dismiss his first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 28.) Good cause appearing, the motion is granted. The Court advises that, absent extraordinary circumstances, it is highly unlikely to grant any further extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 28) is GRANTED** *nunc pro tunc.* **The deadline to oppose is extended to December 10, 2024.**

DATED THIS 15th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE