UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr., | Case No.: 3:22-cv-00570-ART-CSD |
| Petitioner | Order Granting Extension of Time to Oppose Motion to Dismiss to February 10, 2025 |
| v. | |
| Warden Frazier, *et al.*, | (ECF No. 31) |
| Respondents | |

Petitioner Celestin Glenn Tappin, Jr., through counsel the Federal Public Defender, seeks an extension of time to file an opposition to Respondents' motion to dismiss his first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 31.) The FPD currently assigned to the case explains that she is new to the FPD's office and has spent a significant amount of time familiarizing herself with this case and the rest of her caseload. Good cause appearing, the motion is granted.

It is therefore ordered that Petitioner's unopposed second motion for extension of time to file an opposition to the motion to dismiss (ECF No. 31) is GRANTED *nunc pro tunc*. The deadline to oppose is extended to February 10, 2025.

Dated this 27th day of December 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE