UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr., <br><br>　　　Petitioner <br><br>v. <br><br>Warden Frazier, *et al.*, <br><br>　　　Respondents | Case No.: 3:22-cv-00570-ART-CSD <br><br> Order Granting Extension of Time in Part to Oppose Motion to Dismiss to February 25, 2025 <br><br>(ECF No. 33) |

　　　Petitioner Celestin Glenn Tappin, Jr., through counsel the Federal Public Defender, seeks a large extension of time to file an opposition to Respondents' motion to dismiss his first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 33.) The Court is not unsympathetic to the FPD's heavy workload but has previously granted two extensions that amount to four months. The Court also notes that the petition is not lengthy and is comprised of one claim of ineffective assistance of trial counsel. The Court therefore grants the motion in part and denies it in part. Absent extraordinary circumstances, the Court will grant no further extension.

　　　It is ordered that Petitioner's unopposed third motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 33) is GRANTED in part and DENIED in part** *nunc pro tunc.* **The deadline to oppose is extended to February 25, 2025.**

　　　Dated this 11th day of February 2025.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE