UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr.,<br><br>    Petitioner<br><br>v.<br><br>Warden Frazier, *et al.*,<br><br>    Respondents | Case No.: 3:22-cv-00570-ART-CSD<br><br>Order Granting Extension of Time in Part to Reply in Support of Motion to Dismiss to March 10, 2025<br><br>(ECF No. 37) |

Respondents ask the Court for an extension of time to file their reply in support of their motion to dismiss Celestin Glenn Tappin, Jr.'s 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 37.) The Court grants the motion in part and denies it in part. Absent extraordinary circumstances, the Court will grant no further extension.

It is ordered that Respondents' motion for extension of time to file their reply in support of the motion to dismiss **(ECF No. 37) is GRANTED in part and DENIED in part** *nunc pro tunc.* **The deadline to reply is extended to March 10, 2025.**

Dated this 6th day of March, 2025.

*/s/ Anne Traum*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE