UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Celestin Glenn Tappin, Jr., | Case No.: 3:22-cv-00570-ART-CSD |
| Petitioner | Order Granting Extension of Time to Reply to Answer to October 24, 2025 |
| v. | |
| Warden Frazier, *et al.*, | (ECF No. 44) |
| Respondents. | |

Through his counsel the Federal Public Defender, Celestin Glenn Tappin, Jr. asks the Court for an extension of time to file a reply in support of his amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 44.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the amended petition **(ECF No. 44) is GRANTED** *nunc pro tunc.* **The deadline is extended to October 24, 2025**.

Dated this 27th day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE